DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDUARDO PANO-CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-F-02-5050 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE RE-SENTENCING HEARING;  ORDER |
| | ) | |
| v. | ) | Date:   November 29, 2010 |
| | ) | Time:   9:00 A.M. |
| EDUARDO PANO-CANO, Et al., | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |
| Defendants. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the re-sentencing hearing in the above captioned matter currently set for November 8, 2010, may be continued to November 29, 2010.  Defendant to file any sentencing memorandum on November 5, 2010, and government's reply shall be due November 19, 2010.

This continuance is requested by counsel for the defendant to allow additional time for counsel to consult with his client.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

Cano-Pano: Stip to Continue
Re-Sentencing Hearing

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 18, 2010       By:___/s/ *Laurel J. Mon*toya_____
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: October 18, 2010       By:    /s/ *Victor M. Chavez*_____
                                    VICTOR M. CHAVEZ
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    EDUARDO CANO-PANO




**O R D E R**

IT IS SO ORDERED.

Dated:    October 19, 2010    _____
                              CHIEF UNITED STATES DISTRICT JUDGE