HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
EDUARDO PANO CANO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:02-cr-05050-AWI-1 |
|---|---|
| Plaintiff, | ) **STIPULATED BRIEFING SCHEDULE;** |
|  | ) **ORDER** |
| v. | ) |
| EDUARDO PANO CANO, | ) RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | ) Judge:  Hon.  ANTHONY W. ISHII |

Pursuant to this Court's order of January 15, 2015, Defendant Cano, by and through his attorney David M. Porter, and Plaintiff, UNITED STATES OF AMERICA, by and through its attorney, Assistant U.S. Attorney, Kathleen A. Servatius, hereby stipulate to the following briefing schedule:  Supplement to pro se motion due on or before **February 27, 2015**; government's response to supplement due on or before **March 13, 2015**, defendant's reply due on or before **March 20, 2015**.

| Dated:  February 17, 2015 | Dated:  February 17, 2015 |
|---|---|
| BENJAMIN B. WAGNER | HEATHER E. WILLIAMS |
| United States Attorney | Federal Defender |
| | |
|  /s/ *Kathleen A. Servatius* |  /s/ *David M. Porter* |
| KATHLEEN A. SERVATIUS | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| UNITED STATES OF AMERICA | EDUARDO PANO CANO |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, supplement to pro se motion due on or before **February 27, 2015**; government's response to supplement due on or before **March 13, 2015**, defendant's reply due on or before **March 20, 2015**.

IT IS SO ORDERED.

Dated:   February 17, 2015                              _____
                                                                                SENIOR DISTRICT JUDGE