HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUARDO PANO CANO,<br><br>    Defendant. | No. 1:02-cr-05050-AWI-1<br><br>**UNOPPOSED REQUEST TO EXTEND BRIEFING SCHEDULE; ORDER**<br><br>Judge:  Honorable ANTHONY W. ISHII |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline to file a supplement to defendant's pro se motion be extended to **March 13**, **2015** and that the corresponding deadlines for government response and defense reply be extended to **March 27, 2015** and **April 3, 2015**, respectively.  Government counsel has graciously indicated she has no objection.

Dated:  February 27, 2015

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender


    /s/ *David M. Porter*
    DAVID M. PORTER
    Assistant Federal Defender

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the supplement to defendant's pro se motion may be filed on or before **March 13, 2015**; the government's response to supplement shall be filed on or before **March 27, 2015**; and, the defendant's reply shall be filed on or before **April 3, 2015**.

IT IS SO ORDERED.

Dated:   March 2, 2015                              _____
                                                                                      SENIOR  DISTRICT  JUDGE