1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:02-cr-05050-AWI-1 |
|---|---|
| Plaintiff, | **UNOPPOSED REQUEST FOR EXTENSION OF REPLY DEADLINE; ORDER** |
| v. | |
| EDUARDO PANO CANO, | Judge: Honorable ANTHONY W. ISHII |
| Defendant. | |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline to file a response to the government's opposition (to defendant's pro se motion), be extended to **April 17**, **2015**.  Government counsel has graciously indicated she has no objection.

Dated:  April 2, 2015

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender


                                    /s/ *David M. Porter*
                                    DAVID M. PORTER
                                    Assistant Federal Defender

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the response to the government's opposition (to defendant's pro se motion), be extended to **April 17**, **2015**.  Government counsel has graciously indicated she has no objection.

IT IS SO ORDERED.

Dated:   April 2, 2015

SENIOR  DISTRICT  JUDGE

2